UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00034-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JAMES VICTOR BROADHURST, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Defendant's Motion to Suppress (#14), which has been briefed by the parties and is ripe for review. Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Suppress (#14) shall be placed on the calendar for an evidentiary hearing and the Clerk of Court is respectfully requested to calendar such motion accordingly.

Signed: May 16, 2016

Max O. Cogburn Jr.
United States District Judge